UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| WESLEY LEWIS,<br>　　　　Plaintiff,<br>　　v.<br>SARA SIEGAL, et. al,<br>　　　　Defendants. | Case No. 16-cv-7279-NJV (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a detainee, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. However, mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: November 2, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge